IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Civil No. SAG-94-0358 |
| | * | |
| DONTE ROWLEY | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM**

I have considered the early termination request, ECF 251, but will deny it because I am not inclined to terminate supervision in its entirety at this time, given the nature of the underlying conviction and the defendant's criminal history. However, to the extent the defendant wishes to file a new motion seeking particularized modifications to his release terms that might allow him to expand his business, the Court will consider such modifications.

So Ordered this  18th  day of December, 2020.

                                  /s/
                        Stephanie A. Gallagher
                        United States District Judge

1